# Exhibit A

## PETITION: SMALL CLAIMS CASE

Filed: 10/13/2022 1:11 PM
Judge Yvonne M. Williams, JP1
Travis County, Texas
J1-CV-22-003608

**CASE NO. (court use only)** _____

In the Justice Court, Precinct ____1____ , ____Travis____ County, Texas

**Logan Robinson**
**PLAINTIFF**

**VS.**

**Sunpath Ltd 5301 Southwest Parkway Austin, TX 78735**
**DEFENDANT(S)**

**COMPLAINT:** The basis for the claim which entitles the plaintiff to seek relief against the defendant is:
**On 3/3/22 and 8/24/22 Defendant used auto-dialers to contact Plaintiff on his cell phone (which is on the Do Not Call List). These calls constituted 4 violations of Tex. Bus. & Com. Code § 305.053. See full complaint in attachment.**

**RELIEF:** Plaintiff seeks damages in the amount of   **$6,000.00**   , and/or return of personal property as described as follows (be specific):                                                                                                , which has a value of
Additionally, plaintiff seeks the following:
**An order declaring Defendant's actions violate Tex. Bus. & Com. Code § 305.053**

plus all costs of court as allowed by law.
**SERVICE OF CITATION:** Service is requested on defendants by personal service at home or work or by alternative service as allowed by the Texas Justice Court Rules of Court. Other addresses where the defendant(s) may be served are:
**Sunpath Ltd c/o Registered Agent Solutions**
**5301 Southwest Parkway**
**Austin, TX 78735**
☒ **If you wish to give your consent for the answer and any other motions or pleadings to be sent to your email address, please check this box, and provide your valid email address:** robinson.logan@gmail.com                                                     .

I declare under penalty of perjury, pursuant to the law of the State of Texas, that all information provided is true and correct.

**Logan Robinson**_____          **/s/ Logan Robinson**_____
Petitioner's Printed Name                                                        Signature of Plaintiff or Attorney

                                                                                      **2933 E 13th St**_____
**DEFENDANT(S) INFORMATION** (if known):                       Address of Plaintiff's Attorney, if any, or Plaintiff if none
DATE OF BIRTH:_____
                                                                                      **Austin, TX 78702**_____
*LAST 3 NUMBERS OF DRIVER LICENSE:_____          City                         State                       Zip
*LAST 3 NUMBERS OF SOCIAL SECURITY:_____
                                                                                      **Ph.  407-579-5391**              **Fax.**_____
DEFENDANT'S PHONE NUMBER: **888-990-7786**_____          Phone & Fax No. of Plaintiff's Attorney, if any, or Plaintiff if none
                                                                                      **robinson.logan@gmail.com**

Small Claim Petition. 7/2013