# Exhibit C

Case No. 1:22-cv-1216

REGISTERED AGENT SOLUTIONS INC

**Registered Agent Solutions, Inc.**
*Corporate Mailing Address*
1701 Directors Blvd.
Suite 300
Austin, TX 78744

Phone: (888) 705-RASi (7274)

# SERVICE OF PROCESS RECEIPT

2022-10-24

James Kelly
**SunPath LTD.**
50 Braintree Hill Park
Suite 310
Braintree, MA 02184 USA

**NOTICE OF CONFIDENTIALITY**
This notice and the information it contains are intended to be a confidential communication only to the individual and/or entity to whom it is addressed. If you have received this notice in error, immediately call our SOP Department at (888) 705-7274.

**RE: SunPath LTD.**

This receipt is to inform you that Registered Agent Solutions, Inc. has received a Service of Process on behalf of the above-referenced entity as your registered agent and is hereby forwarding the attached document(s) for your immediate review. A summary of the service is shown below; however, it is important that you review the attached document(s) in their entirety for complete and detailed information.
For additional information and instruction, contact the document issuer: N/A

**SERVICE INFORMATION**

Service Date: 2022-10-24
Service Time: 12:35 PM CDT
Service Method: Deputy Sheriff

**RASi REFERENCE INFORMATION**

Service No.: 0231864
RASi Office: Texas
Rec. Int. Id.: AXS

**CASE INFORMATION**

Case Number: J1-CV-22-003608
File Date: 10/20/2022
Jurisdiction: TRAVIS COUNTY JUSTICE COURT, PRECINCT 1, TEXAS
Case Title: LOGAN ROBINSON VS. SUNPATH LTD.

**ANSWER / APPEARANCE INFORMATION**

14 days *(Be sure to review the document(s) for any required response dates)*

**AGENCY / PLAINTIFF INFORMATION**

Firm/Issuing Agent: N/A
Attorney/Contact: LOGAN ROBINSON
Location: Texas
Telephone No.: 407-579-5391

**DOCUMENT(S) RECEIVED & ATTACHED**

Summons
Petition: SMALL CLAIMS CASE

**ADDITIONAL NOTES**

**Questions or Comments...** Should you have any questions or need additional assistance, please contact the SOP Department at (888) 705-7274.

You have been notified of this Service of Process by Insta-SOP Delivery, a secure email transmission. The transmitted documents have also been uploaded to your Corpliance account. RASi offers additional methods of notification including Telephone Notification and FedEx Delivery. If you would like to update your account's notification preferences, please log into your Corpliance account at www.rasi.com.

*Thank you for your continued business!*

## CIVIL CITATION

THE STATE OF TEXAS

TO:  SUNPATH LTD C/O REGISTERED AGENT SOLUTIONS
5301 SOUTHWEST PARKWAY
AUSTIN TX  78735

Delivered this 24th day of October 2022
TONYA NIXON
CONSTABLE PRECINCT 1, TRAVIS CTY, TEXAS
BY _____ #119
DEPUTY

**Respondent, in the hereinafter styled and numbered cause:**

**You have been sued. You may employ an attorney to help you in defending against this lawsuit. But you are not required to employ an attorney. You or your attorney must file an answer with the court. Your answer is due by the end of the 14th day after the day you were served with these papers. If the 14th day is a Saturday, Sunday, or legal holiday, your answer is due by the end of the first day following the 14th day that is not a Saturday, Sunday, or legal holiday. Do not ignore these papers. If you do not file an answer by the due date, a default judgment may be taken against you. For further information, consult Part V of the Texas Rules of Civil Procedure, which is available online and also at the court listed on this citation.**

YOUR WRITTEN ANSWER SHALL BE FILED AT 4717 Heflin Lane, #107, Austin, Texas 78721.

IF YOU HAVE ANY QUESTIONS, YOU SHOULD CONSULT AN ATTORNEY.

Your cause number **J1-CV-22-003608** was filed in Justice Court, Precinct One, on October 13, 2022, styled

        Logan Robinson, Petitioner/s vs.  10/20/2022 9:09:52 AM
        Sunpath Ltd, Respondent/s

Issued on the 20th day of October, 2022.

_Elizabeth Wintermyer_
Deputy Clerk
4717 Heflin Lane, #107, Austin, Texas 78721
Justice of the Peace, Precinct One
Yvonne M. Williams, Judge

| Petitioner's Attorney | Agent | Petitioner |
|---|---|---|
| | | LOGAN ROBINSON<br>2933 E 13TH ST<br>AUSTIN TX  78702 |

Cause number is **J1-CV-22-003608**
Case styled: Logan Robinson, Petitioner/s vs.
Sunpath Ltd, Respondent/s

- - - - - - - - - OFFICER'S RETURN - - - - - - - - - -

Came to the hand on the _____ day of _____, 20___ at _____ o'clock ___. M.
Executed at _____ within  County  of  Travis  at _____
o'clock _____. M. on the _____day of _____, 20 _____, by
delivering to the within named_____
_____

a true copy of this citation together with the accompanying copy of the petition have first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery.

To certify which witness my hand officially:

                                            _____
                                            Constable, Precinct One of Travis County, Texas
                                            By Deputy _____

# PETITION: SMALL CLAIMS CASE

Filed: 10/13/2022 1:11 PM
Judge Yvonne M. Williams, JP1
Travis County, Texas
J1-CV-22-003608

**CASE NO. (court use only)** _____

In the Justice Court, Precinct __1__, __Travis__ County, Texas

**Logan Robinson**
**PLAINTIFF**

VS.

**Sunpath Ltd 5301 Southwest Parkway Austin, TX 78735**
**DEFENDANT(S)**

**COMPLAINT:** The basis for the claim which entitles the plaintiff to seek relief against the defendant is:
**On 3/3/22 and 8/24/22 Defendant used auto-dialers to contact Plaintiff on his cell phone (which is on the Do Not Call List). These calls constituted 4 violations of Tex. Bus. & Com. Code § 305.053. See full complaint in attachment.**

**RELIEF:** Plaintiff seeks damages in the amount of  **$6,000.00**  , and/or return of personal property as described as follows (be specific): _____, which has a value of _____
Additionally, plaintiff seeks the following:
**An order declaring Defendant's actions violate Tex. Bus. & Com. Code § 305.053**

plus all costs of court as allowed by law.
**SERVICE OF CITATION:** Service is requested on defendants by personal service at home or work or by alternative service as allowed by the Texas Justice Court Rules of Court.  Other addresses where the defendant(s) may be served are:
**Sunpath Ltd c/o Registered Agent Solutions**
**5301 Southwest Parkway**
**Austin, TX 78735**
☒ If you wish to give your consent for the answer and any other motions or pleadings to be sent to your email address, please check this box, and provide your valid email address: **robinson.logan@gmail.com**_____.

I declare under penalty of perjury, pursuant to the law of the State of Texas, that all information provided is true and correct.

| **Logan Robinson** | **/s/ Logan Robinson** |
|---|---|
| Petitioner's Printed Name | Signature of Plaintiff or Attorney |

**2933 E 13th St**
Address of Plaintiff's Attorney, if any, or Plaintiff if none

**DEFENDANT(S) INFORMATION** (if known):
DATE OF BIRTH:_____

**Austin, TX 78702**
City                           State                           Zip

*LAST 3 NUMBERS OF DRIVER LICENSE:_____
*LAST 3 NUMBERS OF SOCIAL SECURITY:_____

Ph.  **407-579-5391**        Fax. _____

DEFENDANT'S PHONE NUMBER: **888-990-7786**

Phone & Fax No. of Plaintiff's Attorney, if any, or Plaintiff if none
**robinson.logan@gmail.com**

Small Claim Petition. 7/2013